1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| RICHARD K. NATLAND and KAREN F. NATLAND, individually and as Trustees of the RICHARD K. NATLAND AND KAREN F. NATLAND REVOCABLE INTER-VIVOS TRUST U/D/T/ MARCH 2, 1990,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT McGOWEN, an individual, McGOWEN, HURST, CLARK & SMITH, P.C., an Iowa professional corporation,<br><br>Defendants. | Case No. SACV 13-000495 JST (JPRx)<br><br>**STIPULATION AND ORDER THEREON GRANTING EXTENSION OF TIME WITHIN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Assigned to Hon. Josephine Staton Tucker<br>Courtroom 10A<br><br>Complaint filed March 27, 2013 |

Plaintiffs RICHARD K. NATLAND and KAREN F. NATLAND, individually and as Trustees of the RICHARD K. NATLAND AND KAREN F. NATLAND REVOCABLE INTER-VIVOS TRUST U/D/T MARCH 2, 1990 ("Plaintiffs") and Defendants ROBERT McGOWEN and McGOWEN HURST CLARK and SMITH, P.C. ("Defendants"), through their respective counsel of record, hereby stipulate and agree as follows:

    1.    Plaintiffs filed their Complaint for: (1) Professional Malpractice-Accounting Malpractice, (2) Breach of Fiduciary Duty, (3) Negligent

1. Misrepresentation, (4) Fraudulent Concealment, (5) Constructive Fraud, (6) Unfair Competition Pursuant to Business & Professions Code sections 17200, et seq., and (7) Financial Elder Abuse, on March 27, 2013 ("Complaint"). The Summons and Complaint were served to Defendants on March 28, 2013.

2. Defense counsel was recently retained to represent Defendants in this matter, however, no formal appearance on Defendants' behalf has yet been made as the time to answer or otherwise respond to Plaintiffs' Complaint is currently April 18, 2013.

3. Defendant ROBERT McGOWEN is associated with McGOWEN HURST CLARK & SMITH, P.C., which is an accountancy firm. Due to the pressures of the tax season deadline of April 15, 2013, defense counsel has not been able to fully consult with Defendants regarding the initial handling of this matter. Therefore, it was requested that Plaintiffs' counsel stipulate to a fifteen (15) day extension of the time in which Defendants may answer or otherwise respond to Plaintiffs' Complaint, from April 18, 2013 to May 3, 2013, to which Plaintiffs' counsel readily and professionally agreed.

4. The time for Defendants to answer or otherwise respond to the Complaint, which is presently on or before April 18, 2013, shall be extended pursuant to this Stipulation by fifteen (15) days, to on or before May 3, 2013.

5. Electronic, facsimile and counterpart signatures to this Stipulation shall be sufficient as though the same were an original.

IT IS SO STIPULATED.

Dated: April 17, 2013          By: _____

Timothy S. Noon
Julianne Mizer
NOON & ASSOCIATES, APC
Attorneys for Defendants ROBERT McGOWEN and McGOWEN HURST CLARK & SMITH, P.C.

///

///

Dated: 4/17, 2013     By: _____

Ronald Rus
Stephen R. Cook
RUS, MILIBAND & SMITH
Attorneys for Plaintiffs RICHARD NATLAND
and KAREN NATLAND, individually and as
Trustees of the Richard K. Natland and
Karen F. Natland Revocable Inter-vivos Trust
U/D/T March 2, 1990

## ORDER

Having reviewed and considered the Parties' Stipulation and Order Thereon Granting an Extension of Time Within Which Defendants May Answer or Otherwise Respond to Plaintiffs' Complaint by fifteen (15) days, and GOOD CAUSE APPEARING THEREFOR, the Court orders as follows:

1. Defendants shall have up to and including May 3, 2013 to file an answer or otherwise respond to Plaintiffs' Complaint.

**IT IS SO ORDERED.**

Dated: _____     _____

HON. JOSEPHINE STATON TUCKER
JUDGE OF THE SUPERIOR COURT